UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    Petitioner,

v.                                Case No. 1:25cv266-MCR/MAF

**SECRETARY, Florida Department
of Children and Families,**

    Respondent.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated September 11, 2025.  *See* ECF No. 3.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as duplicative**.

3.  A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 6th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**